DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PAULETTE VICTORIA DENIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAULETTE VICTORIA DENIO, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:10-cr-00460 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date:  March 7, 2011<br>Time:  9:00 a.m.<br>Dept :  Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for February 14, 2011, **may be continued to March 7, 2011, at 9:00 a.m.**

　　　　This continuance is requested by counsel for the defendant who is preparing for a jury trial on February 23, 2011.  Due to the trial, counsel has not had an opportunity to meet with defendant and will need additional time for further case preparation and negotiations.   The requested continuance will conserve time and resources for both counsel and the Court and also allow for continuity of counsel in these proceedings

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: February 9, 2011        /s/ Henry Zazueta Carbajal
                                          HENRY ZAZUETA CARBAJAL, III
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: February 9, 2011        /s/ Jeremy S. Kroger
                                          JEREMY S. KROGER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Paulette Victoria Denio

### O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 9, 2011

                                          CHIEF UNITED STATES DISTRICT JUDGE