BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>PAULETTE DENIO,<br><br>              Defendant. | CASE NO. 1:10-CR-00460 AWI<br><br>STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS *IN LIMINE*; ORDER THEREON<br><br>Dept: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the deadline for filing motions *in limine* in the above-referenced action now scheduled for July 25, 2011, at 4:00 p.m. is continued to **August 1, 2011, at 4:00 p.m.**

The continuance of the deadline for filing motions *in limine*, previously set by the Court in its March 9, 2011 Pretrial Order (Dkt. No. 13), is being requested by the parties as the parties continue

**Stipulation to Continue Deadline
to File Motions *in Limine*;
[Proposed] Order Thereon**

plea negotiations that will likely obviate the need for a trial.  The defendant's place of residence in Kern County has entailed logistical challenges in defense counsel planning in person meetings to conclude plea negotiations.  The parties are not requesting any other modification to the Court's March 9, 2011 Pretrial Order.

Dated: July 22, 2011        /s/Jeremy S. Kroger
                            JEREMY S. KROGER
                            Attorney for Defendant
                            PAULETTE DENIO

Dated: July 22, 2011        BENJAMIN B. WAGNER
                            United States Attorney

                        By: /s/Henry Z. Carbajal III
                            HENRY Z. CARBAJAL III
                            Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated:   July 25, 2011         _____
                               CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Deadline
to File Motions *in Limine*;
[Proposed] Order Thereon         2