1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    JEREMY KROGER, Bar #258956
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    PAULETTE VICTORIA DENIO

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )
                                          )   No.  1:10-cr-00460 AWI
12              *Plaintiff,*              )
                                          )   STIPULATION TO VACATE TRIAL DATE
13        v.                              )   AND SET FOR CHANGE OF PLEA; ORDER
                                          )
14   PAULETTE VICTORIA DENIO,             )   DATE:   August 29, 2011
                                          )   TIME:   9:00 a.m.
15              *Defendant.*              )   JUDGE: Anthony W. Ishii
     _____)

16
          **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective
17
     counsel, that the trial confirmation hearing set for August 29, 2011 and the jury trial date currently
18
     scheduled for September 13, 2011 in the above-captioned matter may be vacated and that the case may be
19
     set for change of plea.
20
          The request is made by both parties.  The basis for the request is that defendant has decided to
21
     plead guilty.
22
          **IT IS FURTHER STIPULATED** that the case be set for change of plea hearing on August 29,
23
     2011, at 9:00 a.m.
24
          The parties agree that the delay resulting from the continuance shall be excluded in the interests of
25
     justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and
26
     3161(h)(7)(B)(i) and (iv).
27
     ///
28

1

2

BENJAMIN B. WAGNER
United States Attorney

3   DATED: July 29, 2011                    By:        /s/ Henry Z. Carbajal
                                                      HENRY Z. CARBAJAL, III
4                                                     Assistant U.S. Attorney
                                                      United States Attorney's Office
5

6

7

DANIEL J. BRODERICK
Federal Public Defender

8   DATED: July 29, 2011                    By:        /s/ Jeremy S. Kroger
                                                      JEREMY S. KROGER
9                                                     Assistant Federal Defender
                                                      Attorneys for Defendant
10                                                    PAULETTE V. DENIO

11

12

13

14

**O R D E R**

15

16     **IT IS SO ORDERED**.  Time is excluded in the interests of justice and for effective defense

17   preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

18

19   IT IS SO ORDERED.

20   Dated:    July 29, 2011           _____

21                                     CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28