DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PAULETTE VICTORIA DENIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00460 AWI-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| PAULETTE VICTORIA DENIO, | |
| Defendant. | Date:   December 12, 2011<br>Time:   9:00 a.m.<br>Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, November 7, 2011, **may be continued to Monday, December 12, 2011, at 9:00 a.m.**

This continuance is requested by defense counsel to accommodate Ms. Denio's ongoing medical treatment.  The requested continuance will conserve time and resources for both counsel and the Court.

///
///
///
///
///
///

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 |   |   |   |
| 3 | DATED: September 28, 2011 | By | /s/ Henry Z. Carbajal<br>HENRY Z. CARBAJAL, III |
| 4 |   |   | Assistant United States Attorney<br>Attorney for Plaintiff |
| 5 |   |   |   |
| 6 |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| 7 |   |   |   |
| 8 | DATED: September 28, 2011 | By | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER |
| 9 |   |   | Assistant Federal Defender<br>Attorney for Defendant |
| 10 |   |   | PAULETTE V. DENIO |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Denio - Stipulation to Continue
Sentencing Hearing and Order          2